## William Milhahn et al., Appellants, v. Whiteway Oil Company et al., Appellees.

### Term No. 4706.

opinion filed January 26, 1948; released for publication February 26, 1948. J. W. Templeman and Erma Templeman, for appellants; John R. Morrow, of counsel; Kern & Pearce, and Mills, Umfleet & Mayberry, for appellees. Opinion by Presiding Justice Bartley. Not to be published in full.